**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01318-CV

## IN RE BOBBY DUNCAN, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53157-2014**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE